UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 20-16073 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Derrick Day | : | |

    The Court orders the defendant, ___Derrick Day___, is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) The defendant shall appear at all future court proceedings;

    (3) Submit to drug testing and treatment, as deemed necessary;

/s/ Derrick Day                             9/3/20
DEFENDANT                                   DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

DATE: 9/3/20

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

U.S. PRETRIAL SERVICES OFFICER